UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-19519-BKC-LMI
Chapter 7

IN RE:
MIRIAM ELIZABETH ZAMBRANO
SSN# XXX-XX-1560

      Debtor(s).
_____/

### TRUSTEE, JOEL L. TABAS' OBJECTION TO DEBTOR(S)' SCHEDULED VALUATION AND CLAIMED EXEMPTIONS OF SCHEDULED PROPERTY

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Miriam Elizabeth Zambrano (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522, 541 and 542, and Federal Rule of Bankruptcy Procedure 4003, files this Objection to Debtor(s) Scheduled Valuation and Claimed Exemptions of Scheduled Property (the "Objection"), and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on April 13, 2010.

2. The § 341 Meeting of Creditors was scheduled and held on May 17, 2010.

3. Accordingly, the last day for the Trustee to object to the Debtor(s)' claimed exemptions is June 16, 2010.

4. Trustee objects to the scheduled valuation and claimed exemption of all property, other than homestead property, claimed as exempt by the Debtor(s) to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor(s)' other non-exempt assets, causes the Debtor(s) to exceed the available $1,000.00 per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. 222.29 and 222.30, and any other applicable law.

5. The non-exempt property, if any, is property of the Estate pursuant to 11 U.S.C. § 541 and subject to turnover pursuant to §11 U.S.C. § 542.

CASE NO.: 10-19519-BKC-LMI

WHEREFORE, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Miriam Elizabeth Zambrano, respectfully requests this Honorable Court enter an Order (1) sustaining the instant Objection, and (2) granting such other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 16th day of June, 2010, via electronic transmission to all parties on the attached service list; and via U.S. Mail to: Miriam Elizabeth Zambrano, 11230 SW 132 Ct. West, Miami, FL 33186.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
E-mail: jtabas@tabasfreedman.com

## SERVICE LIST

via electronic transmission:
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Joey E Schlosberg    joey.schlosberg@arlaw.com
James Schwitalla    jwscmecf@bellsouth.net
Mark E Steiner    msteiner@dstern.com,    bankruptcyecf@dstern.com; phaslam@dstern.com